UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
ZURICH NORTH AMERICAN INSURANCE                              :
COMPANY,                                                     :
                                        Plaintiff,           :
                                                             :
                   -against-                                 :
                                                             :
SAVINO DEL BENE S.p.A, ET AL.,                               :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/20/2020__

20 Civ. 802 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for March 24, 2020, and the parties' joint conference materials were due March 17, 2020, per the Order at Dkt. No. 14.  The parties did not timely file these materials;

WHEREAS, Defendants have not yet appeared.  The docket does not show any affidavits of service for Defendants.  It is hereby

ORDERED that the March 24, 2020, 10:30 a.m. initial pretrial conference is adjourned until May 7, 2020, at 10:50 a.m.  The parties shall file their joint conference materials at least 7 days in advance of the conference, or by April 30, 2020, per the Order at Dkt. No. 14.  It is further

ORDERED that Plaintiffs shall file the affidavits of service as soon as possible and, in any case, by April 28, 2020, the deadline by when Plaintiffs must serve the Complaint, under Federal Rule of Civil Procedure 4(m).

Dated: March 20, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE