UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :

ZURICH NORTH AMERICAN INSURANCE      :
COMPANY, et al.                                   :
                              Plaintiffs,     :              20 Civ. 802 (LGS)
                                         :

             -against-                 :                  <u>ORDER</u>
                                         :

SAVINO DEL BENE S.p.A, et al.,           :
                                         :

                             Defendants.    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, by Order at Docket No. 15, Plaintiffs were required to file proof of service for all

Defendants, and the docket does not show any affidavit of service for Defendant Savino Del Bene S.p.A.

It is hereby

        **ORDERED** that if Plaintiff has been in communication Defendant Savino Del Bene S.p.A., the

joint status letter and proposed case management plan due **May 21, 2020**, shall be filed jointly by all

parties, and Plaintiff shall also file an affidavit of service for Defendant Savino Del Bene S.p.A. by **May**

**21, 2020**.  If Plaintiff has not been in communication with Defendant Savino Del Bene S.p.A. and

cannot file an affidavit of service, the status letter shall apprise the Court regarding Plaintiff's efforts to

serve Defendant Savino Del Bene S.p.A.


Dated: May 14, 2020
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**