UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZURICH NORTH AMERICAN INSURANCE
COMPANY, et al.
                                      Plaintiffs,                20 Civ. 802 (LGS)

                -against-                              ORDER

SAVINO DEL BENE S.p.A, et al.,

                                   Defendants.
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference is scheduled for July 16, 2020, at 10:50 a.m.;

       WHEREAS, the Order dated March 20, 2020, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, and the parties were reminded of this deadline by Order dated May 21, 2020.  No materials were filed.  It is hereby

       **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 13, 2020, at noon**.

Dated: July 10, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE