UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ZURICH NORTH AMERICAN INSURANCE      :
COMPANY, et al.                                          :
                                        Plaintiffs,  :          20 Civ. 802 (LGS)
                                                              :
                    -against-                       :                 ORDER
                                                              :
SAVINO DEL BENE S.p.A, et al.,              :
                                                              :
                                        Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, per the Case Management Plan at Dkt. No. 40, the parties were required to

file a status letter, as outlined in Individual Rule IV.A.2, by September 7, 2020.  No status letter

was filed.  It is hereby

        **ORDERED** that the parties shall file a status letter by **September 10, 2020**.  The parties

are reminded that compliance with Court-ordered deadlines is not optional.


Dated: September 8, 2020
        New York, New York


                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE