

**Attorneys At Law**

**GEORGE W. WRIGHT & ASSOCIATES, LLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

George W. Wright*
Narinder S. Parmar*

November 19, 2020

**LETTER MOTION**

**VIA ECF AND E-MAIL**
**(CronanNYSDChambers@nysd.uscourts.gov)**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Zurich North American Insurance Company a/s/o Mallinckrodt Hospital Products, Inc., and Mallinckrodt Hospital Products, Inc. v. Savino Del Bene S.P.A., Savino Del Bene USA, Inc., ASF Intermodal, LCC, and Containerport Group, Inc.
Civil Action No. 1:20-cv-00802(JPC)

Honorable Sir:

Further to our November 18, 2020 letter motion (Doc. 49), we received discovery responses from plaintiffs late last evening.

To afford defendants sufficient time to review the responses for sufficiency, we respectfully request that plaintiffs' two (2)-day reply time be extended up to and including November 25, 2020.

We appreciate the Court's attention and consideration.

Respectfully submitted,

*[signature: George W. Wright]*

George W. Wright

GWW:ds

New Jersey
505 Main Street
Hackensack, NJ 07601
T 201.342.8884
F 201.343.8869

New York
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
www.wright-associate.com

*Member NJ & NY Bars



Attorneys At Law
## GEORGE W. WRIGHT & ASSOCIATES, LLC

cc:   Nathan T. Williams, Esq. (Via ECF)
     Eric M. James, Esq. (Via ECF)
     Andrew Spector, Esq. (Via ECF)
     Marc A. Rubin, Esq. (Via ECF)
     Rob Moseley, Esq. (Via ECF)

Defendant ASF Intermodal, LLC's request is GRANTED. Plaintiffs shall file a response to Defendants' letter-motion (Dkt. 49), if any, by December 1, 2020. If Defendant instead wishes to withdraw its letter-motion (Dkt. 49), it shall do so by December 1, 2020.

SO ORDERED.

Date: November 29, 2020
       New York, New York

JOHN P. CRONAN
United States District Judge