```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
ZURICH   NORTH   AMERICAN   INSURANCE                     :
COMPANY, et al.,                                          :
                                                          :
                              Plaintiffs,                 :       20 Civ. 802 (JPC)
                                                          :
               -v-                                        :       ORDER
                                                          :
SAVINO DEL BENE S.P.A., et al.,                           :
                                                          :
                              Defendants.                 :
                                                          :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties have reached a settlement principle in this matter. *See, e.g.*, Dkt. 73. On February 2, 2022, the parties wrote asking to keep this case "on the Court's docket until all necessary prerequisites to global settlement finalization may be concluded." Dkt. 73 at 1. The letter "propose[d] writing the Court to further advise [the] status [of this case] by or before 1 April 2022." *Id.* On February 3, 2022, the Court granted that request and ordered that "[i]f the parties do not file a stipulation of dismissal by April 1, 2022, then the parties shall file a joint status letter by that date." Dkt. 74. The parties have not filed a stipulation of dismissal or a joint status letter. By April 25, 2022, the parties shall file a stipulation of dismissal or a joint status letter as outlined in the February 3 Order.

SO ORDERED.

Dated: April 20, 2022
       New York, New York                       _____
                                                JOHN P. CRONAN
                                                United States District Judge